EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de Estatus Inactivo de marzo de 2025 | 2025 TSPR 46<br><br>215 DPR ___ |

Número del Caso: EM-2025-0004

Fecha: 30 de abril de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de marzo de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de marzo de 2025          EM-2025-0004

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de abril de 2025.

Durante el periodo de marzo de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| César A. Rivera Pastrana | 2,943 |
| Vilma Santiago Irizarry | 3,938 |
| Carlos J. Santiago Torres | 4,147 |
| Juan Antonio Navarro Salgado | 4,608 |
| Luis Piñot Arecco | 7,006 |
| Carlos A. Alonso Sánchez | 8,190 |
| José H. Rivera Hernández | 8,409 |
| Ana María López Erquicia | 9,394 |
| Aixa Rosado Pietri | 9,470 |
| Laura M. Rodríguez Rodríguez | 20,535 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo